JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD MARSHALL,

               Petitioner,

    v.

CYNTHIA ENTZEL,

               Respondent.

Case No. ED CV 17-01200 DOC (AFM)

**JUDGMENT**

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

    IT IS ORDERED AND ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED:  June 26, 2017

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE